**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                     **CIVIL ACTION**

**VERSUS**                                       **NO: 08-4743**

**HENRY W. ROSENTHAL, II**                       **SECTION: "S" (2)**

**ORDER**

 **IT IS HEREBY ORDERED** that the United States of America's unopposed Motion for Summary Judgment (Doc. #29) is **GRANTED**.

 **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the plaintiff, the United States of America, and against the defendant, Henry W. Rosenthal, II, in the amounts of:

1. $9,612.14, plus interest accruing on the principal amount of $4,000.00 at the rate of 5.82% per year from August 5, 2008 to the date of this judgment, and interest from the date of judgement until paid in full at the legal rate provided by 28 U.S.C. § 1961; and

2. $6,068.72, plus interest accruing on the principal amount of $2,836.70 at the rate of 8.00% per year from August 5, 2008 to the date of this judgment ,and interest from

the date of judgement until paid in full at the legal rate provided by 28 U.S.C. § 1961; and

3.      the costs of these proceedings.

New Orleans, Louisiana, this __7th__ day of April, 2010.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**